UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2005 AUG 19 P 1: 38

| | |
|---|---|
| JAG, L.L.C., | * |
| Plaintiff, | * |
| versus | * |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY; and Fictitious Defendants "A","B", and "C" | * CIVIL ACTION NO. 2:05cv795-A |
| Defendants. | * |

**NOTICE OF FILING OF REMOVAL**

TO: Ms. Melissa Rittenour, Clerk
Circuit Court of Montgomery County, Alabama
Post Office Box 1667
Montgomery, Alabama 36102-1667

PLEASE TAKE NOTICE that FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, Defendant in a lawsuit styled "*Jag, L.L.C. v. Fidelity National Property and Casualty Insurance Company and Fictitious Defendants 'A', 'B', 'C'*" Case No.: CV-05-1891, in the Circuit Court of Montgomery County, State of Alabama, has filed a Notice of Removal of said action to United States District Court, Middle District of Alabama, Northern Division, on the 19th day of August, 2005. A copy of said Notice of Removal is attached hereto as Exhibit "1".

Dated this the 18th day of August, 2005.

Respectfully submitted,

_____
CARROLL H. SULLIVAN (SULLC8646)
Attorney for Defendant Fidelity National
Property and Casualty Insurance Company

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086
csullivan@scottsullivanlaw.com

*and*

GERALD J. NIELSEN (La. Bar No. 17078)
WILLIAM T. TREAS (La. Bar No. 26537)
NIELSEN LAW FIRM, L.L.C.
Three Lakeway
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504)-832-9165
Attorneys for Defendant Fidelity National
Property and Casualty Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 8th day of August, 2005, served a copy of the foregoing upon all counsel of record listed below by depositing same in the United States Mail postage prepaid:

Jere L. Beasley, Esq.
W. Daniel "Dee" Miles III, Esq.
Christopher E. Sanspree, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL