# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JAG, L.L.C.,      *

    Plaintiff,      *

versus      *    CIVIL ACTION NO. 2:05CV795-A

FIDELITY NATIONAL PROPERTY AND      *
CASUALTY INSURANCE COMPANY;
and Fictitious Defendants "A","B", and "C"      *

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

DEFENDANT, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY ("FNPAC"), in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, and the undersigned counsel for FNPAC certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

1. Fidelity National Property and Casualty Insurance Company is a wholly owned subsidiary of Fidelity National Insurance Company.

2. Fidelity National Insurance Company is a wholly owned subsidiary of Fidelity National Title Insurance Company.

3. Fidelity National Title Insurance Company is a wholly owned subsidiary of Fidelity National Financial. Fidelity National Financial is publically traded.

Please note that Fidelity National Property and Casualty Insurance Company is appearing herein

in its "fiduciary capacity"[1] as the "fiscal agent of the United States,"[2] as a Write-Your-Own Program Carrier participating in the National Flood Insurance Program. See 42 U.S.C. §4001 *et. seq.* Further, note that all flood claims are paid with U.S. Treasury funds. See 44 C.F.R. Pt. 62, App. A, Articles II and III; see also, 42 U.S.C. §4017.

Dated: August ___, 2005.

Respectfully submitted,

_____
CARROLL H. SULLIVAN (SULLC8646)
Attorney for Defendant Fidelity National Property and Casualty Insurance Company

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086
csullivan@scottsullivanlaw.com

*and*

GERALD J. NIELSEN (La. Bar No. 17078)
WILLIAM T. TREAS (La. Bar No. 26537)
NIELSEN LAW FIRM, L.L.C.
Three Lakeway
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504)-832-9165
Attorneys for Defendant Fidelity National Property and Casualty Insurance Company

---

[1] 44 C.F.R. Pt. 62.23(f).

[2] 42 U.S.C. § 4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir.1998).

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __ day of August 2005, served a copy of the foregoing upon all counsel of record listed below via U.S. mail:

Jere L. Beasley, Esq.
W. Daniel "Dee" Miles III, Esq.
Christopher E. Sanspree, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL