IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JAG, L.L.C.; | * |
| Plaintiffs, | * |
| vs. | *   CIVIL ACTION NO. CV-05 – 1891 |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY; And Fictitious Defendants "A", "B", and "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be added by amendment when ascertained, | * |
| Defendants. | * |

2005 JUL 27 PM 3:49

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff JAG, L.L.C., is a domestic corporation with its principle place of business located in Baldwin County, Alabama.

2. Defendant Fidelity National Property and Casual Insurance Company (hereinafter referred to as "Fidelity") is a foreign corporation doing business by agent in Montgomery County, Alabama.

3. Fictitious Defendants "A", "B", and "C" whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and



correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

## STATEMENT OF THE FACTS

4. At all times material hereto, Plaintiff JAG had/has a homeowner's flood insurance policy/contract with Defendant Fidelity (Policy Number 99 01987230 2004) that provided/provides coverage for Plaintiff JAG's property located at 22862 Perdido Beach Boulevard, Orange Beach, Alabama, in the event the aforesaid property ever suffered damage caused by flood, in exchange for Plaintiff JAG's timely premium payments. Said homeowner's flood insurance policy provided/provides coverage for the aforesaid property up to $250,000 for the dwelling and up to $50,000 for personal property.

5. At all times material hereto, Plaintiff JAG made the necessary premium payments to keep the aforesaid said policies of insurance in force.

6. On or about September 16, 2004, as a result of Hurricane Ivan, Plaintiff's property located at 22862 Perdido Beach Boulevard, Orange Beach, Alabama, sustained wind and flood damage and is a total loss. Plaintiff subsequently filed a claim for policy limits under the above referenced Fidelity policy.

7. On or about January 19, 2005, Defendant Fidelity refused to pay the proper amount to repair Plaintiff's damages property and only issued Plaintiff JAG a check in the amount of $98,893.20 for full and final settlement for the aforesaid claim and has refused to pay any additional benefits that are due under its insurance contract with Plaintiff JAG.

8. At all times material hereto, Defendant Fidelity has attempted to strong arm

Plaintiff JAG into accepting Defendant Fidelity's "low ball" payment for full and final settlement of the aforesaid claim.

## COUNT ONE

9. Plaintiff incorporates paragraphs 1-8 as paragraph 9 of Count One.

10. Defendant Fidelity breached said homeowner's insurance policy contract with the Plaintiff as set forth above.

WHEREFORE, Plaintiff demands judgment against Defendant in such an amount of compensatory damages as a jury deems reasonable and may award, plus costs.

## COUNT TWO

15. Plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full.

16. At all material times herein, Defendants were under a duty to use good faith in handling Plaintiff's claim

17. Defendants intentionally, and in bad-faith, failed and refused to pay the proper benefits due under the above stated policies of insurance, and intentionally, in bad faith, failed to fully and properly investigate Plaintiff's claim for benefits under the aforesaid policies of insurance.

18. As a proximate consequence, Plaintiff was injured and/or damaged as set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus costs.

_____
JERE L. BEASLEY (BEA020)
W. DANIEL "DEE" MILES, III (MIL060)
CHRISTOPHER E. SANSPREE (SAN048)
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 Telephone
(334) 954-7555 Facsimile

## JURY DEMAND

PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

_____
OF COUNSEL

4