## William Treas

**From:** "Chris Sanspree" <chris.sanspree@beasleyallen.com>
**To:** "William Treas" <wtreas@nielsenlawfirm.com>
**Sent:** Thursday, July 14, 2005 3:00 PM
**Subject:** RE: JAG LLC v Fidelity National Property & Casualty Insurance Co.

10-4

> -----Original Message-----
> **From:** William Treas [mailto:wtreas@nielsenlawfirm.com]
> **Sent:** Thursday, July 14, 2005 3:03 PM
> **To:** Chris Sanspree
> **Subject:** Re: JAG LLC v Fidelity National Property & Casualty Insurance Co.
>
> Chris,
> As FNPAC's attorney, I forwarded the construction estimate to FNPAC and there appears to be no further damages payable under the flood policy for the other piece of property. We cannot include this property in the mediation because it is not part of the lawsuit. With regard to filing suit, I would agree to an amendment of the pleadings to add the property or you can file a separate lawsuit - whatever is easier for you. Either way, I think the end result will be the same - all in one case or consolidating the cases.
>
>> ----- Original Message -----
>> **From:** Chris Sanspree
>> **To:** Charlie Fleming ; CarrllSull@aol.com
>> **Cc:** WTreas@nielsenlawfirm.com ; Elizabeth Wade ; Bilinda Hines
>> **Sent:** Tuesday, July 12, 2005 10:34 AM
>> **Subject:** RE: JAG LLC v Fidelity National Property & Casualty Insurance Co.
>>
>> we also have another lawsuit to file on behalf of JAG, L.L.C. against Fidelity on another property - the claim information was sent to Mr. Bill Treas a while back. Will we be negotiating this case as well or, Bill and Carroll, do I need to go ahead and file suit?
>>
>>> -----Original Message-----
>>> **From:** Charlie Fleming [mailto:cjf@fclegal.com]
>>> **Sent:** Tuesday, July 12, 2005 9:45 AM
>>> **To:** Chris Sanspree; CarrllSull@aol.com
>>> **Cc:** WTreas@nielsenlawfirm.com; Elizabeth Wade
>>> **Subject:** RE: JAG LLC v Fidelity National Property & Casualty Insurance Co.
>>>
>>> Thanks. I'll be happy to mediate.I don't know your time frame so I'll set out a bunch of dates in July and August below. I can't hold these dates so each of you let me know as soon as possible which are good for you and we'll narrow it down and get back with you: July 28 & 29; August 3,4,5,10,11,12,17.22&24.
>>>
>>>> **From:** Chris Sanspree [mailto:chris.sanspree@beasleyallen.com]
>>>> **Sent:** Monday, July 11, 2005 12:01 PM
>>>> **To:** CarrllSull@aol.com; cjf@fclegal.com
>>>> **Cc:** WTreas@nielsenlawfirm.com
>>>> **Subject:** RE: JAG LLC v Fidelity National Property & Casualty Insurance Co.
>>>>
>>>> the principles are Greg Allen of my firm and Ken Christian of Gulf Shores with Ono Properties



-----Original Message-----
**From:** CarrllSull@aol.com [mailto:CarrllSull@aol.com]
**Sent:** Monday, July 11, 2005 12:00 PM
**To:** cjf@fclegal.com
**Cc:** Chris Sanspree; WTreas@nielsenlawfirm.com
**Subject:** JAG LLC v Fidelity National Property & Casualty Insurance Co.

Charlie: This is a flood loss case in Mobile Federal Court. Chris Sanspree represents the Plaintiff and Bill Treas and I, the flood carrier. The case is on Judge Pittman's docket. By agreement, we wish to retain you as mediator. Chris: please let Charlie know who the principals are of JAG LLC so he can make sure he does not have a conflict. Charlie: let us know if you can take this assignment. Thanx.

CARROLL H. SULLIVAN, ESQ.
Scott, Sullivan, Streetman & Fox, P.C.
Regions Bank Building, Tenth Floor
56 Saint Joseph Street (36602)
Post Office Box 1034
Mobile, AL 36633 USA
800-239-6733
251-433-1346
251-433-1086-fax
E-mail: csullivan@scottsullivanlaw.com