**William Treas**

| | |
|---|---|
| From: | "Chris Sanspree" <chris.sanspree@beasleyallen.com> |
| To: | "William Treas" <wtreas@nielsenlawfirm.com> |
| Cc: | "Martha Dees" <mdees@scottsullivanlaw.com>; "Carroll Sullivan" <Csullivan@ScottSullivanLaw.com> |
| Sent: | Thursday, July 28, 2005 8:51 AM |
| Subject: | RE: Jag LLC v. FNPAC |

we filed another complaint on the other property loss down in Baldwin Cty a couple of weeks ago based upon your previous e-mail, so do not worry about amending into this lawsuit. Also, the breach of contract damages in this case are simply the difference between what ya'll offered and what our estimates were - you should have these documents - only about $40k. Go ahead and make the $40k our demand.

-----Original Message-----
**From:** William Treas [mailto:wtreas@nielsenlawfirm.com]
**Sent:** Thursday, July 28, 2005 8:57 AM
**To:** Chris Sanspree
**Cc:** Martha Dees; Carroll Sullivan
**Subject:** Re: Jag LLC v. FNPAC

Chris,
Carroll forwarded me an e-mail from you, however there was no dollar amount. The e-mail only mentions the amount of the breach of contract. If there was a settlement offer, please forward it to me. If plaintiff is seeking policy limits, that will not happen. If plaintiff contends that FNPAC did not pay for damages it feels is covered under the SFIP, indicate the dollar amount and what specifically are the damages (line by line itemization) that were not paid.
On a different matter, plaintiff has not acted on the other property. If plaintiff intends on adding the other claim, please do so within the next five days. Otherwise, FNPAC will oppose any amendment of the pleadings. I do not want to get toward the end of discovery when new claims are being added.

----- Original Message -----
**From:** Chris Sanspree
**To:** William Treas ; Martha Dees ; Carroll Sullivan
**Sent:** Thursday, July 28, 2005 7:27 AM
**Subject:** RE: Jag LLC v. FNPAC

looks fine to me - I e-mailed Carroll several days ago about possible resolution without the need of mediation but have not received a response

-----Original Message-----
**From:** William Treas [mailto:wtreas@nielsenlawfirm.com]
**Sent:** Wednesday, July 27, 2005 4:05 PM
**To:** Chris Sanspree; Martha Dees; Carroll Sullivan
**Subject:** Jag LLC v. FNPAC

Counsel,
Attached is a draft of the status on Settlement as required by the Court's scheduling order for your review. This is due to be filed today. Chris, if you agree to the report, let Martha Dees at Carroll's office know and she can e-file it with the Court. She has been copied with this e-mail.
Sincerely,

William Treas
Nielsen Law Firm LLC
Tel. 504.837.2500
*****
This electronic mail is intended only for the above recipient(s), and it may contain confidential information protected by attorney client privilege and/or attorney work product doctrine. If you have received this email in error, please delete it immediately from your system. In addition, please call the Nielsen Law Firm LLC and advise us of same. Thank you!!!!
*****

8/16/2005