UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAG, L.L.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| versus | * |
| | * |
| FIDELITY NATIONAL PROPERTY AND | *   CIVIL ACTION NO. 2:05CV795-A |
| CASUALTY INSURANCE COMPANY; | * |
| and Fictitious Defendants "A","B", and "C" | * |
| | * |
| Defendants. | * |

**********************************************************************

### DEFENDANT'S NOTICE TO WITHDRAW REQUEST FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C.§1927

COMES NOW DEFENDANT, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY ("FNPAC"), a Write-Your-Own ("WYO") carrier participating in the U.S. Government's National Flood Insurance Program (the "NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (the "NFIA" - see 42 U.S.C. § 4001 *et seq.*), appearing herein in its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] and files this Notice with the Court that Defendant hereby withdraws its request for attorneys fees and costs filed with the Court on August 19, 2005. See Defendant's Motion to Tax Costs and Attorney's Fees Pursuant to 28 U.S.C.§1927. (Docket No.5). The parties have agreed that Defendant will withdraw its request for costs and attorney's fees, and Plaintiffs will not oppose Defendant's Removal <u>and</u> Motion to Transfer. Plaintiffs have agreed to file a Notice of No

---

[1] 44 C.F.R. Pt. 62.23(f)

[2] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

Opposition to the Removal and Motion to Transfer contemporaneously with this Notice to Withdraw.

Respectfully submitted,

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.

BY: _____
CARROLL SULLIVAN ESQ.
Bar No. SULLC8646
10th Floor Regions Bank Building
56 St. Joseph Street, 10th Floor
P.O. Box 1034
Mobile, Alabama 36602
Ph: (251) 433-1346
Counsel for Defendant:
Fidelity National Property and
Casualty Insurance Company

- AND -

Gerald J. Nielsen, Esq.
La. Bar No. 17078
William T. Treas, Esq.
La. Bar No. 26537
NIELSEN LAW FIRM, L.L.C.
Three Lakeway
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504)-832-9165
Of Counsel for Fidelity National Property and
Casualty Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of August, 2005, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Christopher E. Sanspree, Esquire

                                            /s/ Carroll H. Sullivan
                                            OF COUNSEL