UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAG, L.L.C., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| versus | * | |
| | * | |
| FIDELITY NATIONAL PROPERTY AND | * | CIVIL ACTION NO. 2:05CV795-A |
| CASUALTY INSURANCE COMPANY; | * | |
| and Fictitious Defendants "A","B", and "C" | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S NOTICE OF NO OPPOSITION

COMES NOW PLAINTIFF, JAG L.L.C., and files this Notice of No Opposition with the

Court that Plaintiff does not oppose Defendant, Fidelity National Property and Casualty Insurance

Company's, Removal of the this case from state court to this Honorable Court's docket and does not

oppose Defendant's Motion to Transfer this matter to the United States District Court for the

Southern District of Alabama. See Defendant's Motion to Transfer (Dkt.Nos. 5 an 6) and Removal

(Dkt.No.1) filed with the Court on August 19, 2005. The parties have agreed that Defendant will

withdraw its request for costs and attorney's fees, and Plaintiff will not oppose Defendant's Removal

and Motion to Transfer. Wherefore, Plaintiff notifies this Honorable Court that it does not object to

the aforementioned motions by Defendant.

_____
JERE L. BEASLEY (020)
W. DANIEL "DEE" MILES, III (MIL060)
CHRISTOPHER E. SANSPREE (SAN048)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2005, I have electronically filed the foregoing with the Clerk of using the CM/ECF system, which will send notification of such filing to the following counsel for the defendant:

OF COUNSEL

Mr. Carroll Sullivan
**Scott, Sullivan, Streetman & Fox, P.C.**
Post Office Box 1034
Mobile, Alabama 36633

Mr. William T. Treas
**Nielsen Law Firm**
3838 North Causeway Blvd.; Suite 2850
Metarie, LA 70002