IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAG, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv795-A ) |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Notice to Withdraw Request for Attorneys Fees and Costs Pursuant to 28 U.S.C. § 1927 (Doc. #7) and Plaintiff's Notice of No Opposition (Doc. #8) and in accordance with the agreement of the parties as contained in those documents, it is hereby ORDERED as follows:

1. Defendant's Motion to Tax Costs and Attorneys Fees, included in Doc. #5, having been withdrawn by the Defendant, is DENIED as moot.

2. Defendant's Motion to Transfer is GRANTED.

3. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama, Southern Division. The clerk is DIRECTED to take all appropriate steps to effect the transfer.

DONE this 29th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE