**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk, USDC
   Southern District of A[L]
   123 U.S. Courthouse
   113 St. Joseph Street
   Mobile, AL 36602-3621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [illegible]                    08/31/02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   05-795, Transfer
   Entire File

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 2978

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540